Case Number 09-19019 - TATUM, CARMEN L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| THE ILLUMINATING CO BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141 | 000007 | 217.16 | 3.10 |
| ---------- Remittance Total --------------- | | 217.16 | 3.10 |

*[signature]*
ALAN J. TREINISH, TRUSTEE

*FILED 2010 JUL -2 AM 11:51 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*